IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAYLENE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:08-cv-00445-GMS |
| | ) |
| W.L. GORE AND ASSOCIATES, INC., a Delaware Corporation | ) ) |
| | ) |
| Defendant. | ) |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant will file its Answer to Plaintiff's Complaint on or by August 15, 2008.

| SCHMITTINGER & RODRIGUEZ, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ William D. Fletcher, Jr.* | */s/ Teresa A. Cheek* |
| William D. Fletcher, Jr., Esquire (No. 362) | Teresa A. Cheek, Esquire (No. 2657) |
| Noel E. Primos, Esquire (No. 3124) | The Brandywine Building |
| 414 South State Street | 1000 West Street, 17th Floor |
| P.O. Box 497 | P.O. Box 391 |
| Dover, Delaware 19903-0497 | Wilmington, Delaware 19899-0391 |
| Telephone: (302) 674-0140 | Telephone: (302) 571-6676 |
| Facsimile: (302) 674-1830 | Facsimile: (302) 576-3286 |
| E-mail: wfletcher@schmittrod.com | E-mail: tcheek@ycst.com |
| nprimos@schmittrod.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: July 24, 2008

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge