IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRAYLENE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:08-cv-00445-GMS |
| | ) | |
| W.L. GORE AND ASSOCIATES, INC., a Delaware Corporation | ) ) ) | |
| | ) | |
| Defendant. | ) | |

AMENDED STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant will file its Answer to Plaintiff's Complaint on or by August 15, 2008. This extension of time is needed in order to provide sufficient time for Defendant to investigate the allegations of the complaint and prepare an accurate answer thereto.

| SCHMITTINGER & RODRIGUEZ, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ William D. Fletcher, Jr.* | */s/ Teresa A. Cheek* |
| William D. Fletcher, Jr., Esquire (No. 362) | Teresa A. Cheek, Esquire (No. 2657) |
| Noel E. Primos, Esquire (No. 3124) | The Brandywine Building |
| 414 South State Street | 1000 West Street, 17th Floor |
| P.O. Box 497 | P.O. Box 391 |
| Dover, Delaware 19903-0497 | Wilmington, Delaware 19899-0391 |
| Telephone: (302) 674-0140 | Telephone: (302) 571-6676 |
| Facsimile: (302) 674-1830 | Facsimile: (302) 576-3286 |
| E-mail: wfletcher@schmittrod.com | E-mail: tcheek@ycst.com |
| nprimos@schmittrod.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: July 29, 2008

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge